IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO: CV 00-2188 DSD/JMM

Phyllis Gamble,

Plaintiff,

v.

Midway Collection, Inc., a
Foreign corporation,

Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

At Minneapolis, Minnesota
January 29, 2001

Upon stipulation of the parties, the above entitled action is hereby dismissed, on the merits, with prejudice and without cost to either party.

David S. Doty
United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.

390451/1

FILED 1-29-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 1-29-01
DEPUTY CLERK